UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JOHN ALLEN, PETER BIRCHENOUGH and SUSAN GOLLIHEAIR,**

        Plaintiffs,

v.                                           Case No.  6:23-cv-657-CEM-RMN

**SOUTHWEST AIRLINES CO.,**

        Defendant.
_____/

**ORDER**

THIS CAUSE is before the Court on the Joint Stipulation of Dismissal (Doc. 52), which states that Plaintiffs Lisa Del Monte, Stephani Hancock, and Renita Morgan dismiss their claims against Defendant Southwest Airlines Co. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk of Court is directed to terminate Lisa Del Monte, Stephani Hancock, and Renita Morgan as Plaintiffs in this case and amend the case style accordingly.

**DONE** and **ORDERED** in Orlando, Florida on June 25, 2025.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record